## BRASSARD v. STONER ET AL.

[No. 12,089.　Filed November 25, 1925.]

From Newton Circuit Court; *Charles M. Snyder,* Special Judge.

Action by Victor Brassard against Oliver F. Stoner and others. From a judgment for defendants, the plaintiff appeals. *Affirmed.* By the court in banc.

*John A. Dunlap, M. E. Graves* and *T. B. Cunningham,* for appellant.
*James C. Murphy* and *Hanley & Hanley,* for appellees.

REMY, C. J.—Proceeding supplementary to execution by appellant against appellees; from a judgment for appellees, this

appeal is prosecuted. The only question for consideration by this court is the sufficiency of the evidence. There is competent evidence to sustain the decision.

After the trial court had overruled the motion for a new trial in this cause, at a, subsequent term of court, and more than thirty days after the judgment had been rendered, appellant instituted an independent proceeding for new trial, which resulted in a judgment for appellees. From that judgment there was an appeal to this court. See, *Brassard* v. *Stoner* (1925), *ante* 655, 149 N. E. 646.

Affirmed.